IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and WARNER BROS. RECORDINGS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ORIANA NASAKA AMAKOBE,<br><br>Defendant. | Case No.: 09-cv-235 |

DOCKET#_____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

JUN - 8 2009

### ENTRY OF DEFAULT

Plaintiff requests that the Clerk of Court enter default against defendant Oriana Nasaka Amakobe, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Oriana Nasaka Amakobe is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this __8th__ day of June, 2009.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court